UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JEFFREY COLIN PURDY,

    Plaintiff,

v.

MICHAEL J. LEJEUNE,
*Warden FCI-Sandstone,*

    Respondent.

Civil No. 22-2821 (JRT/ECW)

**ORDER**

---

Jeffrey Colin Purdy, Reg. No. 22380-041, FCI Sandstone, PO Box 1000, B-Unit, Sandstone, MN 55072, *pro se* petitioner.

Adam Hoskins, Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated July 17, 2023, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that:

1. Jeffrey Colin Purdy's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. 1) is **DENIED** except insofar as he asserts a claim based on his earning rate for FTCs;

2. Jeffrey Colin Purdy's Emergency Motion for Preliminary Injunction/Affidavit in Support (Dkt. 8) is **DENIED**; and

3. Jeffrey Colin Purdy's Emergency Motion for Temporary Restraining Order/Affidavit in Support (Dkt. 26) is **DENIED**.

Dated: August 7, 2023          s/John R. Tunheim
at Minneapolis, Minnesota     JOHN R. TUNHEIM
                                                United States District Judge