UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFFREY COLIN PURDY,<br><br>       Plaintiff,<br><br>v.<br><br>MICHAEL J. LEJEUNE,<br>*Warden FCI-Sandstone,*<br><br>       Defendant. | Civil No. 22-2821 (JRT/ECW)<br><br>**ORDER** |

Jeffrey Colin Purdy, 1918 Park Avenue, Minneapolis, MN 55415, *pro se* petitioner.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 S 4th St Ste 600, Minneapolis, MN 55415, for respondent.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 24, 2024, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1.     Jeffrey Colin Purdy's Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DENIED** as moot; and

2.     Jeffrey Colin Purdy's Motion to Consolidate (ECF No. 63) is **DENIED** as moot.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: May 10, 2024                          _____s/John R. Tunheim_____
at Minneapolis, Minnesota.               JOHN R. TUNHEIM
                                                    United States District Judge